# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICK JOHNSON,** | ) | CASE NO. 8:08CV02 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| **ARCHDIOCESE OF OMAHA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Notice of Dismissal filed by Plaintiff Nick Johnson. (Filing No. 4). The Notice was filed before the Defendant was required to answer or otherwise plead. Accordingly, the Complaint shall be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 4) is approved; and

2. The Complaint is hereby dismissed without prejudice.

DATED this 3rd day of July, 2008.

BY THE COURT


s/Laurie Smith Camp
United States District Judge